| DEFENDANT'S EXHIBIT LIST | USA |
|---|---|
| CR. NO.:  2:20cr39-WKW<br>REVOCATION HEARING | V.<br><br>ROCKY SHAY FRANKLIN |

| | | | | | | HON. W. KEITH WATKINS., Presiding<br>Katie Sears-Silas, Court Reporter |
|---|---|---|---|---|---|---|

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
|---|---|---|---|---|---|---|
| X | 10/27/21 | 10/27/21 | 1 | | | Dr. Catherine L. Boyer's Forensic Psychological Evaluation |
| X | 10/27/21 | 10/27/21 | 2 | | | Letter from Rocky Franklin |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |